In the Matter of the Application of MANUFACTURERS TRUST COMPANY, as Substituted Trustee, etc., of GERTRUDE SCHULTZ BAXTER, Deceased, Petitioner,

701

Appellant, for a Determination as to the Construction and Effect of Certain Provisions of the Said Last Will and Testament, and for a Judicial Settlement of Its Account of Proceedings as Substituted Trustee under the Last Will and Testament of GERTRUDE SCHULTZ BAXTER, Deceased. JOHN P. O'BRIEN, Special Guardian for JOHN WATSON SCULLY, and THE SOCIETY OF THE NEW YORK HOSPITAL, Respondents.— Decree so far as appealed from unanimously affirmed, with costs to the special guardian respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.